# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | **ORDER FOR APPOINTMENT** |
| Plaintiff, ) | **OF COUNSEL (AMENDED)** |
| ) | |
| vs. ) | |
| ) | Case No.: 1:09-cr-015 |
| Dorian Dale Red Fish, a/k/a Dorian Hogan ) | |
| Luta, ) | |
| ) | |
| Defendant. ) | |

Defendant has applied for court-appointed counsel in this matter. The Court has inquired and is satisfied that Defendant is qualified for representation under 18 U.S.C. § 3006A.

Accordingly, the Federal Public Defender for the District of North Dakota is appointed to represent the Defendant in this matter. The Defender's office is directed to file a Notice of Appearance designating the specific Assistant Federal Public Defender who will appear as counsel of record in the case.

**IT IS SO ORDERED.**

Dated this 11th day of March, 2009.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge